## THOMPSON v. YOUNT.

No. 3182.   Opinion Filed November 18, 1913.

(136 Pac. 592.)

**APPEAL AND ERROR**—Failure to File Brief—Dismissal.   Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 95 Pac. vi), the appeal will be dismissed for want of prosecuiton.

(Syllabus by Robertson, C.)

*Error from County Court, Ellis County;*
*A. L. Squires, Judge.*

Action by J. M. Yount against E. H. Thompson, to recover a money judgment on a promissory note.   Judgment for plaintiff, and defendant brings error.   Appeal dismissed.

*S. A. Miller,* for plaintiff in error.

*Perry J. Morris* and *J. G. Aubuchona,* for defendant in error.

Opinion by ROBERTSON, C.   This appeal was filed in this court October 16, 1911.   Neither party has filed a brief, nor have they offered any excuse for the failure to do so.   It is evident that the proceedings have been abandoned.   The appeal should therefore be dismissed for want of prosecution under rule 7 of this court (38 Okla. vi, 95 Pac. vi).   *Streeter v. McCoy,* 34 Okla. 490, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Streeter v. Huene,* 34 Okla. 491, 126 Pac. 216; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *M., O. & G. Ry. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 386; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court:   It is so ordered.